IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 23 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR NO: 1:19-cr-00202-LJO-SKO

JUSTIN DEGER

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Justin Karl Deger | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 USC 1029(a)(2), 18 USC 1029 (a)(3), 18 USC 1708 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH*

| | |
|---|---|
| Signature: | /s/ Joseph Barton |
| Printed Name & Phone No: | Joseph Barton, 559-497-4049 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9/23/19

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | Person I.D. 7092418 | DOB: | 03/27/1991 |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Caucasian |
| Facility Phone: | (888) 373-7011 | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____ _____
                                                  (signature)