IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN DEGER

    Defendant.

CR NO: 1:19-cr-00202-LJO-SKO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Justin Karl Deger | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint |
| | | charging detainee with: 18 USC 1029(a)(2), 18 USC 1029 (a)(3), 18 USC 1708 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary WEDNESDAY, OCTOBER 2, 2019, AT 2:00 P.M.*

| | |
|---|---|
| Signature: | /s/ Joseph Barton |
| Printed Name & Phone No: | Joseph Barton, 559-497-4049 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9/30/19 9:20 a.m.

Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | Person I.D. 7092418 | DOB: | 03/27/1991 |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Caucasian |
| Facility Phone: | (888) 373-7011 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                                (signature)