1  MCGREGOR W. SCOTT
   United States Attorney
2  VINCENTE A. TENNERELLI
   JOSEPH BARTON
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00202-LJO-SKO |
|---|---|
| Plaintiff, | **PROTECTIVE ORDER BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |
| v. | |
| JUSTIN DEGER, | |
| Defendant. | |

ORDER

For good cause shown, the stipulation between counsel dated October 2, 2019, in Case No. 1:19-CR-00202-LJO-SKO regarding discovery and treatment of Protected Information is approved and

IT IS SO ORDERED.

Dated: __**October 3, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] PROTECTIVE ORDER                    1