| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JUSTIN DEGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00202-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JUSTIN DEGER, | Date: February 3, 2020 |
| | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, Counsel for Plaintiff, and Assistant Federal Defender Matthew Lemke, Counsel for Defendant, Justin Deger, that the status hearing currently set for February 3, 2020, at 1:00 p.m., may be continued to February 18, 2020, at 1:00 p.m. This brief continuance is requested because defense counsel needs additional time to review the voluminous discovery in this case and to discuss a resolution proposed by the government with Mr. Deger. Based on the foregoing, the parties agree that the ends of justice served by the aforementioned request outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that the additional time requested is excludable pursuant to 18 U.S.C. § 3161.

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGregor Scott<br>United States Attorney |
| Dated: January 30, 2020 | | /s/ *Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 30, 2020 | | /s/ *Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JUSTIN DEGER |

**ORDER**

For the reasons set forth above, the requested continuance is granted for good cause. The status conference as to Justin Deger currently set for February 3, 2020 is continued to February 18, 2020, at 1:00 p.m. Pursuant to the parties' stipulation, additional time requested is excluded pursuant to 18 U.S.C. § 3161 as the ends of justice served by the parties' request outweighs the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 30, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE